**Lindsay Carter PAGE, Appellant,**

v.

**Phyllis M. BLAKE, et al., Respondents.**

**No. 50717.**

Supreme Court of Minnesota.

Sept. 4, 1981.

Rehearing Denied Oct. 23, 1981.

Hoke, Roehrdanz, Bigelow, Chamberlain & Goldsmith and Warren V. Bigelow, Jr., Minneapolis, for appellant.

Sahr, Kunert & Tambornino, Roger T. Sahr and Paul Kunert, Minneapolis, for respondents.

PER CURIAM.

This is an appeal from an order denying plaintiff's motion for a new trial or judgment n.o.v. The trial court adopted the jury's findings: 1) that defendant was negligent in the operation of a vehicle in which plaintiff was a passenger; 2) that plaintiff's damages amounted to $31,250; and 3) that plaintiff was not permanently injured.

We hold that the finding as to damages and the finding as to permanency are irreconcilable. *Carufel v. Steven*, 293 N.W.2d 47 (Minn.1980). Accordingly we reverse and remand for a new trial on those issues only.

Reversed.